**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7860

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRY DESHAWN LYTTLE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, District Judge.  (4:01-cr-00044-RBS)

Submitted:  January 31, 2007        Decided:  February 15, 2007

Before WILKINSON, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Deshawn Lyttle, Appellant Pro Se.  Janet S. Reincke, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Deshawn Lyttle appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion or, in the alternative, for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Lyttle, No. 4:01-cr-00044-RBS (E.D. Va. Sept. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED